**242**

**Ronald J. DeBIASIO**

v.

**GERVAIS ELECTRONICS CORPORATION.**

No. 80–283–M.P.

Supreme Court of Rhode Island.

Sept. 4, 1980.

James J. McGair, Providence, for plaintiff–respondent.

Albert D. Saunders, Jr., East Greenwich, for defendant–petitioner.

ORDER

The petition for writ of certiorari is granted solely to consider the issue of the Superior Court's power to order production of defendant's tax returns in light of General Laws of 1956 (1969 Reenactment) § 8–6–2. Certiorari is denied as to the other issues raised by petitioner.

DORIS, J., did not participate.

**Vincent J. CALCAGNI**

v.

**John J. MORAN, Director of Corrections.**

No. 80–369–M.P.

Supreme Court of Rhode Island.

Sept. 4, 1980.

Vincent J. Calcagni, pro se.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Spec. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.

DORIS, J., did not participate.

**Yalakki GOWDA, M. D.**

v.

**BOARD OF MEDICAL REVIEW.**

No. 80–223–M.P.

Supreme Court of Rhode Island.

Sept. 4, 1980.

McOsker, Isserlis & Davignon, Milton L. Isserlis, Michael Fitzpatrick, Providence, for petitioner.

James M. Jerue, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.